IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GLENANN L. YAHNKE,

        Plaintiff,                      JUDGMENT IN A CIVIL CASE

v.                                          Case No. 11-cv-368-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered granting plaintiff Glenann L. Yahnke's motion for summary judgment and remanding this case to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

        *Peter Oppeneer*                           2/29/2012

    Peter Oppeneer, Clerk of Court                     Date